**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY JONES,** | : | |
| **Petitioner,** | : | |
| **vs.** | : | **CIVIL ACTION 05-00712-KD-B** |
| **GRANTT CULLIVER,** | : | |
| **Respondent.** | : | |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** with prejudice.

DONE this 14th day of January, 2009.

**s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**